IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE A. RAMIREZ GONZALEZ

    Petitioner,

v.                                           CASE NO. 4:13-cv-276-MW/CAS

STATE OF FLORIDA,

    Respondent.

****************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed June 3, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. This cause is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

SO ORDERED on July 8, 2013.

                                                        s/Mark E. Walker          
                                                        United States District Judge